# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2006

130696 & (21)(22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
      Plaintiff/Counter-Defendant/
      Appellant,

v

CITIZENS INSURANCE COMPANY
OF AMERICA,
      Defendant-Appellee,

and

GREGORY STEINER,
      Defendant/Counter-Plaintiff/
      Appellee.

SC: 130696
COA: 266781
Oakland CC: 2004-063049-CK

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion to stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2006

_____
Clerk

p0404